IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs. 4:10CR00308-01-WRW

STEVEN KAY DIESEL

ORDER

Pending is the Government's Motion to Dismiss Information (doc #18). The Motion is GRANTED. The Information is dismissed as to the defendant, Steven Kay Diesel.

IT IS SO ORDERED this 6th day of January, 2011.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

orddismindictment.wpd